**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| EVA NG, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-cv-00195 |
| § | |
| ALLSTATE TEXAS LLOYDS § | |
| INSURANCE COMPANY § | |
|     Defendant, § | |
| § | |

## NOTICE OF SETTLEMENT

Plaintiff Eva Ng provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Plaintiff respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted this the 9th day of March, 2018.

                                              Respectfully submitted,

                                              __/s/ J. Ryan Fowler_____
                                              J. Ryan Fowler, Esq.
                                              Texas State Bar No: 24058357
                                              Federal ID No. 1060803
                                              Merlin Law Group, P.A.
                                              515 Post Oak Blvd, Suite 750
                                              Houston, Texas 77027
                                              Phone: 713-626-8880
                                              Fax:    713-626-8881
                                              jrfowler@merlinlawgroup.com
                                              **ATTORNEY FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the Court's ECF/ENS system on the date of entry on the Court's docket to:

Jay Scott Simon
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: 713-403-8210
Facsimile: 713-403-8299
***Attorney for Defendant,***
***Allstate Texas Lloyds Insurance Company***

　　　　　　　　　　　　　　　　　　　　　　　__*/s/ J. Ryan Fowler*_____
　　　　　　　　　　　　　　　　　　　　　　　J. Ryan Fowler, Esq.